UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EAST                    LA
2000 MAR 27  A 11: 54
LORETTA G. WHYTE

| | | |
|---|---|---|
| AIZENHAWAR (AIZEN) J. MARROGI | * | CIVIL ACTION |
| | * | |
| v. | * | NO: 00-0368 |
| | * | |
| RAY HOWARD and | * | SECTION: "C" |
| RAY HOWARD & ASSOCIATES, INC | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE (3) |

## MOTION TO PERMIT OUT OF STATE ATTORNEY
## TO APPEAR AND PARTICIPATE AS CO-COUNSEL

On motion of defendants, Ray Howard and Ray Howard & Associates, Inc., appearing herein through undersigned counsel, and on suggesting to the Court that:

1.

Kenneth B. Wright is an attorney admitted to practice in the state of Florida. His Bar No. is 0893791. He is in good standing in that state. Attached hereto as Exhibit #1 is a Certificate of Good Standing from the United States District Court for the Middle District of Florida. His address and telephone number are as follows:

> Kenneth B. Wright
> Datz, Jacobson, Lembcke & Wright
> One Independent Drive
> Suite 2902
> Jacksonville, FL 32202-5036
> Tel: (904) 355-5467

2.

Undersigned counsel requests that Mr. Wright be allowed to enter as co-counsel of record in the above-captioned matter and that Mr. Wright be allowed to participate at trial

DATE OF ENTRY
MAR 29 2000

of said matter and in all phases of the litigation.

3.

As per the attached affidavit of Kenneth B. Wright (Exhibit #2), he is not the subject of any disciplinary proceedings in the state of Florida, and he has not been charged in any criminal proceedings.

Respectfully submitted,

_____
ANTHONY P. DUNBAR (#16765)
1450 Poydras Street
Suite 1500
New Orleans, LA 70112
Tel: (504) 581-4346

**ATTORNEY FOR DEFENDANTS**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to opposing counsel of record, By U.S. Mail, this 27th day of March, 2000.

_____
ANTHONY P. DUNBAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIZENHAWAR (AIZEN) J. MARROGI | * | CIVIL ACTION |
| | * | |
| v. | * | NO: 00-0368 |
| | * | |
| RAY HOWARD and | * | SECTION: "C" |
| RAY HOWARD & ASSOCIATES, INC | * | |
| ************************** | * | MAGISTRATE (3) |

ORDER

Considering the foregoing,

IT IS ORDERED that Kenneth B. Wright, state of Florida Bar No. 0893791, be enrolled as co-counsel of record in the above-numbered and captioned cause and allowed to participate in all phases of the litigation, including presentation of trial.

New Orleans, Louisiana, this 28th day of March, 2000.

*Lansing L. Mitchell*
JUDGE