FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 20  A 8: 36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**BERRIGAN, J**
**APRIL 20, 2000**

*OO-368 C*

**IT IS ORDERED** that the following motions set for hearing on April 26, 2000, will be considered on the briefs.

**95-2058**    **SHANNON THOMAS, ET AL V BENNIE COTTON, ET AL**
Motion by State Farm Mutual Automobile Insurance Company for reconsideration or new trial re: order entered 3/20/00 denying State Farm's motion to lift stay and allow intervention (45)

**97-0971**    **BERNITA WASHINGTON, ET AL V CSC CREDIT SERVICES, INC., ET AL**
Motion by Peggy Malbrough to sever individual action and for summary judgment pursuant to FRCP 56(c)    (247)
Motion by Equifax Credit Information Services, Inc. and Equifax, Inc. for summary judgment with respect to Peggy Malbrough's claims (267)

**97-1592**    **CARROLL R. BOUDREAUX V UNITED STATES OF AMERICA, ETC., ET AL**
Motion by Carroll Boudreaux to alter and amend judgment and findings (170)

DATE OF ENTRY
APR 2 0 2000

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep_____
___Doc.No. _____

99-0342    **SHANE ST. AMANT V GNOTS RESERVE, INC.**
**Motion by Gnots Reserve, Inc. in limine to exclude expert testimony of Timothy S. Torrence (33)**


99-3277    **MAISON ESPLANADE CORPORATION V MAI SYSTEMS CORPORATION, ET AL**
**Motion by Mai Systems Corporation and Hotel Information Systems, Inc. for summary judgment (17)**


00-0368    **AIZENHAWAR J. MARROGI V RAY HOWARD, ET AL**
**Motion by Ray Howard and Ray Howard & Associates, Inc. to dismiss or alternative motion to transfer venue (4)**


**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**