Case 2:00-cv-00368-HGB   Document 9   Filed 06/16/2000   Page 1 of 1



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AIZENHAWAR (AIZEN) J. MARROGI     CIVIL ACTION

VERSUS     NUMBER: 00-0368

RAY HOWARD, ET AL     SECTION: "C" 3

## JUDGMENT

In accordance with the court's order and reasons issued June 15, 2000,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants Ray Howard and Ray Howard and Associates, Inc. and against plaintiff Aizenhawar (Aizen) J. Marrogi, dismissing said plaintiff's claims with prejudice.

New Orleans, Louisiana, this ___16___ day of June 2000.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 1 6 2000

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc.No._____