FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 27 A 10: 29

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIZENHAWAR (AIZEN) J. MARROGI | * | CIVIL ACTION |
|     Plaintiff | * | |
| | * | NO.: 00-0368 |
| VERSUS | * | |
| RAY HOWARD AND RAY HOWARD & ASSOCIATES, INC. | * | SECTION: "C" MAG. 3 |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AIZENHAWAR (AIZEN) J. MARROGI'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Aizenhawar (Aizen) J. Marrogi, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on June 16, 2000, a copy of which Judgment is attached hereto as Exh. "A."

The parties to the order appealed from and the names and addresses of the respective attorneys are as follows:

105.00

Anthony P. Dunbar, Esq.
1450 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
    -and-
Kenneth B. Wright, Esq.
Datz, Jacobson, Lembcke & Wright
One Independent Drive, Suite 2902
Jacksonville, Florida 32202-5036

**Attorneys for Ray Howard & Ray Howard & Associates, Inc.**

Respectfully submitted,

_____
Peter J. Butler, Jr. (Bar #18522), T.A.
Richard G. Passler (Bar #21006)
Jeffrey C. Vaughan (Bar #25285)
Beau LeBlanc (Bar # 25761)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454

**Counsel for plaintiff,
Aizenhawar J. (Aizen) J. Marrogi**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by facsimile transmission and by depositing a copy thereof, postage prepaid, in the United States Mail, addressed to them on this 27th day of June, 2000.

_____

55013

2