FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 22 PM 4: 57

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIZENHAWAR (AIZEN) J. MARROGI | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO: 00-0368 |
| VERSUS | * | |
| | * | SECTION "C" |
| RAY HOWARD AND RAY HOWARD | * | |
| & ASSOCIATES, INC. | * | MAGISTRATE "3" |
| Defendants | * | |

* * * * * * * * * * * *

### MOTION AND INCORPORATED MEMORANDUM TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through his undersigned counsel, comes Aizenhawar (Aizen) J. Marrogi, who, with respect represents that he has retained additional counsel of record, R. Ray Orrill, Jr., to represent his interest in this proceeding and, accordingly, by requests that this Court enter its order enrolling R. Ray Orrill, Jr. as co-counsel in this proceeding.

WHEREFORE Aizenhawar (Aizen) J. Marrogi prays that this Court enter its order enrolling as additional counsel in this proceeding on his behalf R. Ray Orrill, Jr.

DATE OF ENTRY

FEB 26 2002

Respectfully Submitted,

R. Ray Orrill, Jr., T.A. (Bar #10239)
**ORRILL, CORDELL & BEARY, L.L.C.**
Lake Willow Professional Building
7240 Crowder Blvd., Suite 300
New Orleans, Louisiana 70127-1910
Telephone: (504) 246-4370

BY: _____
R. RAY ORRILL, JR.

and

Jeffrey C. Vaughan (Bar #25285)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454

**Counsel for Aizenhawar (Aizen) J. Marrogi**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this 21st day of February, 2002.

_____

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIZENHAWAR (AIZEN) J. MARROGI | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO: 00-0368 |
| VERSUS | * | |
| | * | SECTION "C" |
| RAY HOWARD AND RAY HOWARD | * | |
| & ASSOCIATES, INC. | * | MAGISTRATE "3" |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion and Incorporated Memorandum to Enroll Additional Counsel;

**IT IS HEREBY ORDERED** that R. Ray Orrill, Jr. be and is hereby enrolled as additional counsel for Aizenhawar (Aizen) J. Marrogi in this proceeding.

New Orleans, Louisiana this ___ day of February, 2002.

_____
JUDGE, United States District Court