

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIZENHAWAR (AIZEN) J. MARROGI | * | |
| | * | NO.: 00-368 |
| | * | |
| VERSUS | * | SECTION: "C" |
| | * | |
| RAY HOWARD AND | * | MAGISTRATE: 3 |
| RAY HOWARD & ASSOCIATES, INC | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes Peter J. Butler, Jr., Richard G. Passler, Jeffrey C. Vaughan, Beau LeBlanc and the law firm of Breazeale, Sachse & Wilson, L.L.P. ("Movants") and on suggesting to the Court that Movants desire to withdraw as counsel of record for Aizenahawar (Aizen) J. Marrogi ("Marrogi") in this matter and request that this court issue an Ex Parte Order withdrawing and removing the names of Movants as counsel of record for Marrogi in the captioned matter on the grounds that other counsel additional counsel has been permitted to become and is presently enrolled are counsel of record in this matter for the Parties (*See*, Record Document No. 12).

DATE OF ENTRY
APR 1 5 2002



Respectfully submitted,

_____
Peter J. Butler, Jr. (Bar #18522), T.A.
Richard G. Passler (Bar #21006)
Jeffrey C. Vaughan (Bar #25285)
Beau LeBlanc (Bar # 25761)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454

**Counsel for Aizenahawar (Aizen) J. Marrogi**

## CERTIFICATE

This is to certify that a copy of the above and foregoing answer has this day been forwarded to all counsel of record by depositing a copy of same in the United States Mail, postage prepaid, and properly addressed to them, this 11th day of April, 2002.

_____

78939

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIZENHAWAR (AIZEN) J. MARROGI | * | |
| | * | NO.: 00-368 |
| | * | |
| VERSUS | * | SECTION: "C" |
| | * | |
| RAY HOWARD AND | * | MAGISTRATE: 3 |
| RAY HOWARD & ASSOCIATES, INC | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Peter J. Butler, Jr., Richard G. Passler, Jeffrey C. Vaughan, Beau LeBlanc and the law firm of Breazeale, Sachse & Wilson be and the same are hereby withdrawn and removed as counsel of record for Aizenahawar (Aizen) J. Marrogi in this matter.

New Orleans, Louisiana, this 12 day of April, 2002.

_____
UNITED STATES DISTRICT JUDGE