

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 22 AM 9: 57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## NOTICE

C.A. 00-368 "C"

Pursuant to direction of the court, the magistrate judge division (3) cases on the attached listing are reallotted to the magistrate judge divisions as noted.

April 22, 2002                    **LORETTA G. WHYTE, CLERK**

___ Fee ___
___ Process ___
X Dktd ___
___ CtRmDep ___
✓ Doc. No. 16

| CASE NO. | | TITLE | REALLOTTED TO MAG JUDGE DIVISION: |
|---|---|---|---|
| 00-106 | B | Neyland v. Hyundai Merchant Mar | 5 |
| 00-368 | C | Marrogi v. Howard | 4 |
| 00-597 | C | Lovoi v. Alitalia Airlines | 1 |
| 00-647 | T | Coe v. BP Amoco Corporation | 1 |
| 00-722 | K | Downs v. SSA | 2 |
| 00-945 | B | Sanchez-Leonor v. USA | 2 |
| 00-1083 | N | Barthelemy v. LA Dept Health | 2 |
| 00-1378 | B | Smith v. Maxey | 5 |
| 00-1422 | K | Mitsui & Co USA v. Stellar Beny MV | 4 |
| 00-1435 | M | Lynch v. Lee | 4 |
| 00-1772 | T | Samedan Oil Corp v. Delta Well Surveyors | 1 |
| 00-1826 | B | Castillo v. LA State | 5 |
| 00-2110 | K | Temple v. Wells | 5 |
| 00-2131 | C | Apache Corporation v. Galiano Tugs Inc | 5 |
| 00-2178 c/w | A | Travelers Property v. Calciner Ind Inc | 1 |
| 00-3023 | A | Contl Ins Co v. MEMCO Barge Line Inc | 1 |
| 00-2441 | L | Burrell v. Nationwide Mtl Ins | 4 |
| 00-2520 | M | Morgan Keegan & Co v. Lalonde | 2 |
| 00-2623 | A | Rhyce v. Martin | 1 |
| 00-2726 | S | Crescent City v. Chrysler Corporation | 1 |
| 00-3100 | B | Knock 1736 Ltd v. Marathon Ashland | 2 |
| 00-3110 | A | Trevino v. Boomtown Inc of DE | 1 |
| 00-3537 | C | Cargill Ferrous Intl v. Indus Advantage MV | 4 |
| 00-3606 | M | Hesse v. Ivonyx Inc | 2 |