FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 24  AM 11: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIZENHAWAR (AIZEN) J. MARROGI | * | CIVIL ACTION |
| | * | |
| v. | * | NO: 00-0368 |
| | * | |
| RAY HOWARD and | * | SECTION: "C" |
| RAY HOWARD & ASSOCIATES, INC | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE (4) |

### EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes Anthony P. Dunbar ("Movant") and on suggesting to the Court that Movant desires to withdraw as counsel of record for Ray Howard and Ray Howard & Associates, Inc. ("Howard") in this matter and requests that this Court issue an Ex Parte Order withdrawing and removing the name of Movant as counsel of record for Howard in the captioned matter on the grounds that other additional counsel, Kenneth B. Wright and the firm of Datz, Jacobson, Lembcke & Wright has been permitted to enroll since the year 2000 and is currently enrolled as counsel of record in this matter for Howard.

Respectfully submitted,

ANTHONY P. DUNBAR (#16765)
1450 Poydras Street
Suite 1500
New Orleans, LA  70112
Tel: (504) 581-4346

**ATTORNEY FOR DEFENDANTS**

Fee _____
Process _____
X  Dktd _____
✓ CtRmDep _____
Doc. No _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to opposing counsel of record, By U.S. Mail, this 24th day of April, 2002.

ANTHONY P. DUNBAR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AIZENHAWAR (AIZEN) J. MARROGI | * | CIVIL ACTION |
| | * | |
| v. | * | NO: 00-0368 |
| | * | |
| RAY HOWARD and | * | SECTION: "C" |
| RAY HOWARD & ASSOCIATES, INC | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAGISTRATE (4) |

## <u>ORDER</u>

Considering the foregoing Ex Part Motion to Withdraw as Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Anthony P. Dunbar

be and he hereby is withdrawn and removed as counsel of record for Ray Howard and Ray

Howard & Associates, Inc., in this matter.

New orleans, LA, this _____ day of _____, 2002.

_____

UNITED STATES DISTRICT JUDGE