

MINUTE ENTRY
BERRIGAN, C. J.
APRIL 25, 2002

AIZENHAWAR (AIZEN) J. MARROGI  CIVIL ACTION

VERSUS  NO. 00-368

RAY HOWARD, ET AL  SECTION "C"

  IT IS ORDERED that the the motion to withdraw as counsel of record is DENIED without prejudice. Under LR83.2.6E, visiting attorneys may participate as co-counsel. The Court will consider a motion to substitute local counsel.

DATE OF ENTRY
APR 2 5 2002