```
                              FILED
                        U.S. DISTRICT COURT
                      EASTERN DISTRICT OF LA

                      2002 APR 26  PM 4:31

                      LORETTA G. WHYTE
                             CLERK
```

MINUTE ENTRY
BERRIGAN, C. J.
APRIL 25, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AIZENHAWAR J. MARROGI, ETC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0368 |
| RAY HOWARD, ET AL | SECTION: "C" 4 |

A preliminary conference was set for this date with the courtroom deputy.

PRESENT BY TELEPHONE:   R. Ray Orrill, Jr.   Kenneth B. Wright
                        Chris Beary

Counsel for the parties advised the Court that the motion filed by Ray Howard, et al to transfer venue to the Middle District of Florida (record document no. 4) is still pending, and that it has already been briefed; accordingly,

**IT IS ORDERED** that the above-mentioned motion is hereby submitted on the briefs and that the preliminary conference is CANCELED to be reset, if necessary, following the Courts ruling on the motion to transfer.

_____
CHIEF JUDGE

DATE OF ENTRY
APR 29 2002

___Fee_____
___Process____
_X_ Dktd_____
___CtRmDep____
___Doc.No._19_